**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____   Chapter    11

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Rhino Resource Partners LP |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2377517 |

4.   **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 424 Lewis Hargett Circle, Suite 250<br>Lexington, KY 40503<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Fayette<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)        www.rhinolp.com

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Rhino Resource Partners LP                                  Case number (if known) _____
_____ Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | See Rider 1 attached hereto. | | | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor    Rhino Resource Partners LP                                    Case number (*if known*)
_____
Name

**11.  Why is the case filed in**    *Check all that apply:*
   ***this district?***

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■  No
   **have possession of any**
   **real property or personal**    ☐  Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
   **property that needs**
   **immediate attention?**
                                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                       What is the hazard? _____

                                    ☐  It needs to be physically secured or protected from the weather.

                                    ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐  Other _____

                                    **Where is the property?** _____
                                                               Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐  No

                                    ☐  Yes.    Insurance agency    _____

                                               Contact name       _____

                                               Phone              _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
   **available funds**
                                    ■    Funds will be available for distribution to unsecured creditors.

                                    ☐    After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ■  1-49                   ☐  1,000-5,000              ☐  25,001-50,000
   **creditors**              ☐  50-99                  ☐  5001-10,000             ☐  50,001-100,000
                             ☐  100-199                ☐  10,001-25,000           ☐  More than100,000
                             ☐  200-999

**15.  Estimated Assets**    ■  $0 - $50,000                ☐  $1,000,001 - $10 million       ☐  $500,000,001 - $1 billion
                             ☐  $50,001 - $100,000          ☐  $10,000,001 - $50  million     ☐  $1,000,000,001 - $10 billion
                             ☐  $100,001 - $500,000         ☐  $50,000,001 - $100 million     ☐  $10,000,000,001 - $50 billion
                             ☐  $500,001 - $1 million       ☐  $100,000,001 - $500 million    ☐  More than $50 billion

**16.  Estimated liabilities**    ■  $0 - $50,000                ☐  $1,000,001 - $10 million       ☐  $500,000,001 - $1 billion
                                  ☐   $50,001 - $100,000         ☐  $10,000,001 - $50  million     ☐  $1,000,000,001 - $10 billion
                                  ☐  $100,001 - $500,000         ☐  $50,000,001 - $100 million     ☐  $10,000,000,001 - $50 billion
                                  ☐  $500,001 - $1 million       ☐  $100,000,001 - $500 million    ☐  More than $50 billion

---

| Debtor | Rhino Resource Partners LP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/22/2020
                        MM / DD / YYY

**X** /s/ Richard A. Boone                                    Richard A. Boone
Signature of authorized representative of debtor          Printed name

Title   President and Chief Executive Officer

**18. Signature of attorney**

**X** /s/ Douglas L. Lutz                          Date   07/22/2020
Signature of attorney for debtor                          MM / DD / YYYY

Douglas L. Lutz
Printed name

Frost Brown Todd LLC
Firm name

3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Number, Street, City, State & ZIP Code

Contact phone   513-651-6800          Email address   dlutz@fbtlaw.com

0064761 OH
Bar number and State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Ohio

In re    Rhino Resource Partners LP                          Case No. _____

                                    Debtor(s)      Chapter     11

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    0001-34892   .

2. The following financial data is the latest available information and refers to the debtor's condition on    12/31/2019   .

    a. Total assets                                     $             194,547,000.00

    b. Total debts (including debts listed in 2.c., below)    $             158,832,000.00

    c. Debt securities held by more than 500 holders:

                                                               Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

    d. Number of shares of preferred stock                1,500,000              0

    e. Number of shares common stock                 13,078,668              0

     Comments, if any:
     As of June 28, 2019, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's equity held by non-affiliates of the registrant was approximately $1.3 million based on the price at which the registrant's common units were last sold on the OTCQB Marketplace on such date. As of March 20, 2020, the registrant had 13,078,668 common units, 1,143,171 subordinated units and 1,500,000 Series A preferred units outstanding.

3. Brief description of Debtor's business:
    Diversified coal producing limited partnership focused on coal and energy related assets and activities.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    Rhino Resource Partners Holdings LLC (78.35%)

<div style="border:1px solid black">

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Ohio**

Case number (if known) _____ Chapter <u>11</u>

</div>

☐ Check if this is an
amended filing

## **Rider 1**
## **Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Ohio for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Hopedale Mining LLC.

| | |
|---|---|
| Hopedale Mining LLC | Castle Valley Mining LLC |
| Rhino GP LLC | Jewell Valley Mining LLC |
| Rhino Resource Partners LP | Rhino Services LLC |
| Rhino Energy LLC | Rhino Oilfield Services LLC |
| Rhino Trucking LLC | Rhino Technologies LLC |
| Rhino Exploration LLC | CAM Mining LLC |
| Triad Roof Support Systems LLC | Rhino Coalfield Services LLC |
| Springdale Land LLC | CAM-Kentucky Real Estate LLC |
| McClane Canyon Mining LLC | CAM-BB LLC |
| Rhino Northern Holdings LLC | Leesville Land LLC |
| CAM-Ohio Real Estate LLC | CAM Aircraft LLC |
| CAM-Colorado LLC | Pennyrile Energy LLC |
| Taylorville Mining LLC | Rhino Eastern LLC |
| CAM Coal Trading LLC | Rockhouse Land LLC |

0110354.0731024  4815-6614-4440v1

## United States Bankruptcy Court
### Southern District of Ohio

In re:  **Rhino Resource Partners LP** _____

Debtor(s)

Case No. _____

Chapter   11   _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AMERIPRISE (0756)<br>ATTN GREG WRAALSTAD OR PROXY MGR<br>901 3RD AVE SOUTH<br>MINNEAPOLIS, MN  55474 | COMMON UNITS | 3,024 | COMMON |
| ANDREW W COX<br>PO BOX 637<br>FOLLY BEACH, SC  29439-0637 | COMMON UNITS | 105 | COMMON |
| ANGELA F BROWN<br>905 WICKET COURT<br>TYLER, TX  75703 | COMMON UNITS | 10 | COMMON |
| ARTHUR SEESSEL III<br>5299 REVERE RD<br>MEMPHIS, TN  38120 | COMMON UNITS | 357 | COMMON |
| AXOS/COR CLEARING (0052)<br>ATTN CORPORATE ACTIONS DEPT.<br>1200 LANDMARK CENTER, STE. 800<br>OMAHA, NE  68102-1916 | COMMON UNITS | 707 | COMMON |
| BANK OF NEW YORK MELLON (0901)<br>ATTN EVENT CREATION<br>500 GRANT STREET<br>ROOM 151-1700<br>PITTSBURGH, PA  15258 | COMMON UNITS | 4,217 | COMMON |
| BB&T SECURITIES (0702)<br>ATTN JESSE W. SPROUSE OR PROXY MGR<br>8006 DISCOVERY DRIVE<br>SUITE 200<br>RICHMOND, VA  23229 | COMMON UNITS | 1,220 | COMMON |
| BMO NESBITT BURNS INC. /CDS (5043)<br>ATTN PHUTHORN PENIKETT<br>250 YONGE ST., 14TH FLOOR<br>TORONTO, ON  M5B 2M8<br>CANADA | COMMON UNITS | 10 | COMMON |

Sheet 1 of 9  in List of Equity Security Holders

In re:   __Rhino Resource Partners LP_____        Case No. _____

<div align="center">Debtor(s)</div>

# LIST OF EQUITY SECURITY HOLDERS

<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BNP/CUST (2787)<br>ATTN PROXY DEPARTMENT<br>525 WASHINGTON BLVD<br>9TH FLOOR<br>JERSEY CITY, NJ  07310 | COMMON UNITS | 1,855 | COMMON |
| BOFA SECURITIES, INC. (0161, 8862)<br>ATTN EARL WEEKS OR PROXY DEPT.<br>C/O MERRILL LYNCH CORPORATE ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL 32246 | COMMON UNITS | 13,785 | COMMON |
| BOYLE/MORGAN/ERB VENTURE I LP<br>5900 POPLAR AVENUE<br>MEMPHIS, TN  38119 | COMMON UNITS | 558 | COMMON |
| BRIAN HUGHS<br>[ADDRESS REDACTED] | COMMON UNITS | 9,091 | COMMON |
| BRIAN T AUG<br>[ADDRESS REDACTED] | COMMON UNITS | 18 | COMMON |
| BROWN BROTHERS HARRIMAN & CO. (0010)<br>ATTN CORPORATE ACTIONS / VAULT<br>140 BROADWAY<br>NEW YORK, NY  10005 | COMMON UNITS | 100 | COMMON |
| CHARLES SCHWAB & CO., INC. (0164)<br>ATTN CHRISTINA YOUNG OR PROXY MGR<br>2423 EAST LINCOLN DRIVE<br>PHOENIX, AZ  85016-1215 | COMMON UNITS | 239,254 | COMMON |
| CIBC WORLD MKTS. /CDS (5030)<br>ATTN REED JON OR PROXY DEPT.<br>22 FRONT ST. W. 7TH FL<br>TORONTO, ON  M5J 2W5<br>CANADA | COMMON UNITS | 647 | COMMON |
| CITIBANK, N.A. (0908)<br>ATTN SHERIDA SINANAN OR PROXY DEPT.<br>3801 CITIBANK CENTER<br>B/3RD FLOOR/ZONE 12<br>TAMPA, FL  33610 | COMMON UNITS | 2,700 | COMMON |
| COREY HEAPS<br>1834 S 1650 E<br>SPANISH FORK, UT  84660-5774 | COMMON UNITS | 436 | COMMON |

In re:   **Rhino Resource Partners LP** _____     Case No. _____

<div align="center">Debtor(s)</div>

# LIST OF EQUITY SECURITY HOLDERS

<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DAVID CULP<br>44 SAPPHIRE DRIVE<br>PRINCETON JCT, NJ 08550 | COMMON UNITS | 4 | COMMON |
| DAVID HANIG<br>[ADDRESS REDACTED] | COMMON UNITS | 15,167 | COMMON |
| DENNIS HATFIELD<br>P O  BOX 329<br>LOUISA, KY 41230 | COMMON UNITS | 293 | COMMON |
| DOUG HOLSTED<br>[ADDRESS REDACTED] | COMMON UNITS | 9,091 | COMMON |
| DOUGLAS LAMBERT<br>1912 NATHANIELS CLOSE<br>WILLIAMSBURG, VA 23185-7500 | COMMON UNITS | 245 | COMMON |
| EDWARD JONES (0057)<br>ATTN DEREK ADAMS OR PROXY DEPT.<br>CORPORATE ACTIONS & DISTRIBUTION<br>12555 MANCHESTER ROAD<br>ST. LOUIS, MO 63131 | COMMON UNITS | 3,531 | COMMON |
| ERIC C LOVE<br>6731 LOVEDALE RD<br>BASCOM, FL 32423-9331 | COMMON UNITS | 4 | COMMON |
| ETHAN SILVERMAN<br>18 COLONIAL RD<br>WHITE PLAINS, NY 10605 | COMMON UNITS | 6 | COMMON |
| ETRADE/APEX (0158/0385)<br>C/O BROADRIDGE SECURITIES PROCESSING<br>ATTN: YASMINE CASSEUS<br>2 GATEWAY CENTER<br>NEWARK, NJ 07102 | COMMON UNITS | 85,163 | COMMON |
| FOLIO (FN) INVESTMENTS, INC. (0728)<br>ATTN ASHLEY THEOBALD OR PROXY MGR<br>8180 GREENSBORO DRIVE<br>8TH FLOOR<br>MCLEAN, VA 22102 | COMMON UNITS | 31 | COMMON |
| GOLDMAN SACHS (0005)<br>ATTN MEGHAN SULLIVAN OR PROXY DEPT<br>30 HUDSON STREET<br>JERSEY CITY, NJ 07302 | COMMON UNITS | 10,184 | COMMON |

Sheet 3 of 9  in List of Equity Security Holders

In re:   Rhino Resource Partners LP _____     Case No. _____

<div align="center">Debtor(s)</div>

# LIST OF EQUITY SECURITY HOLDERS

<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GOLDMAN SACHS<br>C/O DEPOSITORY TRUST COMPANY<br>ATTN CENTRAL DELIVERY/REORG DEPT<br>570 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | SUBORDINATED UNITS | 239 | SUBORDINATED |
| GREYHAWKE CAPITAL ADVISORS LLC<br>340 PEMBERWICK RD 1ST FLOOR<br>GREENWICH, CT 06831 | COMMON UNITS | 1,524 | COMMON |
| GT GLOBAL HEDGE LP<br>ONE COMMERCE SQUARE<br>SUITE 1900<br>MEMPHIS, TN 38103 | COMMON UNITS | 1,859 | COMMON |
| HILLTOP SECURITIES (0279)<br>ATTN PROXY DEPT.<br>1201 ELM STREET<br>SUITE 3500<br>DALLAS, TX 75270 | COMMON UNITS | 1,630 | COMMON |
| HSBC BANK USA, NA/CLEARING (8396)<br>ATTN BARBARA SKELLY OR PROXY MGR<br>545 WASHINGTON BLVD<br>10TH FLOOR<br>JERSEY CITY, NJ 07310 | COMMON UNITS | 970 | COMMON |
| IAN GANZER<br>304 WAITMAN STREET<br>MORGANTOWN, WV 26501 | COMMON UNITS | 9,091 | COMMON |
| INTERACTIVE BROKERS (0534)<br>ATTN KARIN MCCARTHY OR PROXY DEPT.<br>2 PICKWICK PLAZA, 2ND FLOOR<br>GREENWICH, CT 06830 | COMMON UNITS | 8,386 | COMMON |
| INTL FCSTONE FINANCIAL, INC. (0750)<br>ATTN KEN SIMPSON OR PROXY MGR<br>2 PERIMETER PARK, SUITE 100W<br>BIRMINGHAM, AL 35209 | COMMON UNITS | 200 | COMMON |
| J.P. MORGAN/CLEARING (0352)<br>ATTN CORPORATE ACTIONS TEAM<br>500 STANTON CHRISTIANA RD. NCC5 FL3<br>NEWARK, DE 19713 | COMMON UNITS | 4,532 | COMMON |

In re:   **Rhino Resource Partners LP**                                          Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JANNEY MONTGOMERY SCOTT INC. (0374) ATTN CORPORATE ACTIONS 1717 ARCH ST 17TH FL PHILADELPHIA, PA  19103-1675 | COMMON UNITS | 640 | COMMON |
| JOSEPH E FUNK P O  BOX 2540 COEBURN, VA  24230 | COMMON UNITS | 704 | COMMON |
| JPMORGAN CHASE (0902) ATTN JEFF LAZARUS OR REORG MGR NY1-C094 4 METROTECH CENTER - 3RD FLOOR BROOKLYN, NY  11245 | COMMON UNITS | 24,615 | COMMON |
| KIT HOWARD EX EST ROBERT HOWARD EST ROBERT HOWARD 988 5TH AVE 11TH FLOOR NEW YORK, NY  10075 | SUBORDINATED UNITS | 527 | SUBORDINATED |
| LPL FINANCIAL CORPORATION (0075) ATTN CORPORATE ACTIONS 1055 LPL WAY FORT MILL, SC  29715 | COMMON UNITS | 3,125 | COMMON |
| MARSCO INVESTMENT CORPORATION (0287) ATTN KAREN JACOBSEN OR PROXY MGR 101 EISENHOWER PARKWAY ROSELAND, NJ  07068 | COMMON UNITS | 30 | COMMON |
| MICHAEL THOMPSON [ADDRESS REDACTED] | COMMON UNITS | 18,182 | COMMON |
| MIKAEL SALOVAARA 170 DRYDEN ROAD BERNARDSVILLE, NJ  07924 | COMMON UNITS | 72 | COMMON |
| MORGAN STANLEY (0015, 0050) ATTN MS PROXY DEPARTMENT 1300 THAMES STREET WHARF BALTIMORE, MD  21231 | COMMON UNITS | 5,584 | COMMON |
| NATIONAL FINANCIAL SVCS. (0226) ATTN SEAN COLE OR PROXY DEPT. NEWPORT OFFICE CENTER III 499 WASHINGTON BOULEVARD JERSEY CITY, NJ  07310 | COMMON UNITS | 142,805 | COMMON |

In re:   __Rhino Resource Partners LP_____          Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NBCN INC. /CDS (5008)<br>ATTN DANIEL NTAP OR PROXY MGR<br>1010 RUE DE LA GAUCHETIERE ST. WEST<br>SUITE 1925<br>MONTREAL, QC  H3B 5J2<br>CANADA | COMMON UNITS | 10 | COMMON |
| OPPENHEIMER & CO. INC. (0571)<br>ATTN COLIN SANDY OR PROXY MGR<br>85 BROAD STREET, 4TH FLOOR<br>NEW YORK, NY  10004 | COMMON UNITS | 410 | COMMON |
| OWEN CHEEVERS<br>PO BOX 784<br>GREENS FARMS, CT  06838 | COMMON UNITS | 19 | COMMON |
| PAUL JACOBI<br>2929 MOREHOUSE HIGHWAY<br>FAIRFIELD, CT  06824 | COMMON UNITS | 16 | COMMON |
| PERSHING (0443)<br>ATTN JOSEPH LAVARA OR PROXY DEPT.<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ  07399 | COMMON UNITS | 78,758 | COMMON |
| PHILL CAP (8460)<br>ATTN PROXY MGR<br>141 W JACKSON BLVD<br>CBOT BUILDING, SUITE 3050<br>CHICAGO, IL  60604 | COMMON UNITS | 450 | COMMON |
| QUESTRADE INC./CDS (5084)<br>ATTN AL NANJI OR PROXY MGR<br>5650 YONGE STREET<br>TORONTO, ON  M2M 4G3<br>CANADA | COMMON UNITS | 1,417 | COMMON |
| RAYMOND JAMES & ASSOCIATES, INC. (0725)<br>ATTN ROBERTA GREEN OR PROXY MGR<br>880 CARILION PARKWAY<br>TOWER 2, 4TH FLOOR<br>ST. PETERSBURG, FL  33716 | COMMON UNITS | 50,089 | COMMON |
| RBC CAPITAL MARKETS CORPORATION (0235)<br>ATTN STEVE SCHAFER OR PROXY MGR<br>60 S 6TH ST - P09<br>MINNEAPOLIS, MN  55402-1106 | COMMON UNITS | 1,779 | COMMON |

In re:  **Rhino Resource Partners LP** _____     Case No. _____

<div align="center">Debtor(s)</div>

# LIST OF EQUITY SECURITY HOLDERS

<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RBC DOMINION /CDS (5002)<br>ATTN PROXY MGR<br>2 BLOOR STREET E # 2300<br>TORONTO, ON  M4W 1A8<br>CANADA | COMMON UNITS | 340 | COMMON |
| REICHER CAPITAL MGMT<br>ONE BRIDGE STREET<br>IRVINGTON, NY  10533 | SUBORDINATED UNITS | 1,030 | SUBORDINATED |
| RHINO RESOURCE PARTNERS HOLDINGS LLC<br>410 PARK AVE 19TH FLR<br>NEW YORK, NY  10022 | COMMON UNITS | 5,000,000 | COMMON |
| RICHARD ADER<br>820 PARK AVENUE<br>NEW YORK, NY  10021 | COMMON UNITS | 180 | COMMON |
| ROBERT MICHAELSON<br>99 SE MIZNER BLVD<br>APT 734<br>BOCA RATON, FL  33432-5046 | COMMON UNITS | 45 | COMMON |
| ROBERT W. BAIRD & CO. INC. (0547)<br>ATTN JAN SUDFELD OR PROXY MGR<br>777 E. WISCONSIN AVENUE<br>19TH FLOOR<br>MILWAUKEE, WI  53202 | COMMON UNITS | 222 | COMMON |
| ROBINHOOD SECURITIES, LLC (6769)<br>C/O MEDIANT COMMUNICATIONS<br>STEPHANY HERNANDEZ<br>100 DEMAREST DRIVE<br>WAYNE, NJ  07470 | COMMON UNITS | 123 | COMMON |
| ROYAL ENERGY RESOURCES INC<br>56 BROAD STREET<br>SUITE 2<br>CHARLESTON, SC  29401 | COMMON UNITS | 14,234 | COMMON |
| ROYAL ENERGY RESOURCES INC<br>56 BROAD STREET<br>SUITE 2<br>CHARLESTON, SC  29401 | SUBORDINATED UNITS | 4,541 | SUBORDINATED |

In re:  Rhino Resource Partners LP _____    Case No. _____
                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SCOTIA CAPITAL /CDS (5011)<br>ATTN EVELYN PANDE OR PROXY DEPT.<br>SCOTIA PLAZA<br>40 KING STREET W, 23RD FL<br>TORONTO, ON  M5H 1H1<br>CANADA | COMMON UNITS | 53 | COMMON |
| SEI PRIVATE TRUST COMPANY (2663)<br>ATTN ERIC GREENE OR PROXY MGR<br>ONE FREEDOM VALLEY DRIVE<br>OAKS, PA  19456 | COMMON UNITS | 25 | COMMON |
| STATE STREET (0997)<br>ATTN PROXY DEPARTMENT<br>1776 HERITAGE DRIVE<br>NORTH QUINCY, MA  02171 | COMMON UNITS | 18 | COMMON |
| STIFEL NICOLAUS & CO. (0793)<br>ATTN CHRIS WIEGAND OR PROXY DEPT.<br>C/O MEDIANT COMMUNCATIONS<br>501 N. BROADWAY<br>ST. LOUIS, MO  63102 | COMMON UNITS | 505 | COMMON |
| TD AMERITRADE CLEARING, INC. (0188)<br>ATTN MANDI FOSTER OR PROXY MGR<br>1005 AMERITRADE PLACE<br>BELLEVUE, NE  68005 | COMMON UNITS | 350,571 | COMMON |
| TD WATERHOUSE CANADA INC. /CDS (5036)<br>ATTN YOUSUF AHMED OR PROXY MGR<br>77 BLOOR STREET WEST<br>3RD FLOOR<br>TORONTO, ON  M4Y 2T1<br>CANADA | COMMON UNITS | 1,424 | COMMON |
| THOMSON FAMILY LIMITED PARTNERSHIP<br>410 PARK AVENUE<br>SUITE 730<br>NEW YORK, NY  10022 | COMMON UNITS | 100,000 | COMMON |
| TRADESTATION SECURITIES (0271)<br>ATTN CORPORATE ACTIONS<br>8050 SW 10TH STREET, STE 2000<br>PLANTATION, FL  33324 | COMMON UNITS | 100 | COMMON |

In re:   **Rhino Resource Partners LP** _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| U.S. BANCORP INVESTMENTS, INC. (0280)<br>ATTN KEVIN BROWN OR PROXY MGR<br>60 LIVINGSTON AVE<br>ST. PAUL, MN  55107-1419 | COMMON UNITS | 700 | COMMON |
| UBS FINANCIAL SERVICES LLC (0221)<br>ATTN PROXY DEPARTMENT - JANE FLOOD<br>1000 HARBOR BLVD<br>WEEHAWKEN, NJ  07086 | COMMON UNITS | 1,451 | COMMON |
| VANGUARD MARKETING CORPORATION (0062)<br>ATTN BEN BEGUIN OR PROXY MGR<br>14321 N. NORTHSIGHT BOULEVARD<br>SCOTTSDALE, AZ  85260 | COMMON UNITS | 13,311 | COMMON |
| VIRTU AM (0295)<br>ATTN JANICA BRINK OR PROXY MGR<br>300 VESEY STREET<br>NEW YORK, NY  10282 | COMMON UNITS | 110 | COMMON |
| VISION FINANCIAL MARKETS LLC (0595)<br>ATTN OPS DEPT<br>120 LONG RIDGE ROAD, 3 NORTH<br>STAMFORD, CT  06902 | COMMON UNITS | 234 | COMMON |
| WELLS FARGO CLEARING SERVICES LLC (0141)<br>ATTN PROXY DEPARTMENT<br>H0006-08N<br>2801 MARKET STREET<br>ST. LOUIS, MO  63103 | COMMON UNITS | 123,492 | COMMON |
| WESBANCO BANK, INC. (2271)<br>CAROLYN NELSON OR PROXY MGR<br>C/O TRUST OPERATIONS<br>ONE BANK PLAZA<br>WHEELING, WV  26003 | COMMON UNITS | 150 | COMMON |
| WHITNEY C KEGLEY<br>[ADDRESS REDACTED] | COMMON UNITS | 45 | COMMON |
| WILLIAM TUORTO<br>[ADDRESS REDACTED] | COMMON UNITS | 9,091 | COMMON |
| WURTZEL ALTERNATIVE INVESTMENT FUND LLC FUND LLC<br>2134 R ST NW<br>WASHINGTON, DC  20008 | SUBORDINATED UNITS | 319 | SUBORDINATED |

Sheet 9 of 9  in List of Equity Security Holders

In re:  **Rhino Resource Partners LP**                                          Case No. _____
_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| WURTZEL ALTERNATIVE INVESTMENT FUND LLC FUND LLC 2134 R ST NW WASHINGTON, DC  20008 | SUBORDINATED UNITS | 319 | SUBORDINATED |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | § | Case No. 20-[____] |
| | § | |
| **RHINO RESOURCE PARTNERS, LP,** | § | (Chapter 11) |
| | § | |
| | § | (Joint Administration Requested) |
| Debtors. [1] | § | |

**CORPORATE OWNERSHIP STATEMENT (RULES 1007 (a)(1) and 7007.1)**

Pursuant to Federal Rules of Bankruptcy Procedure 1007 (a)(1) and 7007.1, the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's equity interests:

| Debtor | Corporate Equity Holder(s) | Address of Corporate Equity Holder(s) | Percentage of Equity Held |
|---|---|---|---|
| Rhino Resource Partners LP | Rhino Resource Partners Holdings LLC | 410 Park Ave 19th Flr New York, NY  10022 | 78.35 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: CAM Aircraft LLC (5467); CAM Coal Trading LLC (4143); CAM Mining LLC (2498); CAM-BB LLC (9097); CAM-Colorado LLC (4269); CAM-Kentucky Real Estate LLC (9089); CAM-Ohio Real Estate LLC (1859); Castle Valley Mining LLC (9495); Hopedale Mining LLC (9060); Jewell Valley Mining LLC (0270); Leesville Land LLC (7794); McClane Canyon Mining LLC (3783); Pennyrile Energy LLC (6095); Rhino Coalfield Services LLC (3924); Rhino Eastern LLC (1457); Rhino Energy LLC (6320); Rhino Exploration LLC (8863); Rhino GP LLC (8619); Rhino Northern Holdings LLC (1858); Rhino Oilfield Services LLC (8938); Rhino Resource Partners LP (7517); Rhino Services LLC (3356); Rhino Technologies LLC (0994); Rhino Trucking LLC (8773); Rockhouse Land LLC (7702); Springdale Land LLC (9816); Taylorville Mining LLC (5106); Triad Roof Support Systems LLC (1183).  The address of the Debtors' corporate headquarters is 424 Lewis Hargett Circle, Suite 250, Lexington, KY  40503.

**Fill in this information to identify the case:**

Debtor name    Rhino Resource Partners LP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/22/2020     **X** /s/ Richard A. Boone
                                 Signature of individual signing on behalf of debtor

                                   Richard A. Boone
                                   Printed name

                                   President and Chief Executive Officer
                                   Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

WRITTEN CONSENT
OF THE GENERAL PARTNER OF
RHINO RESOURCE PARTNERS LP
IN LIEU OF SPECIAL MEETING

July 21, 2020

In lieu of a meeting of the general partner (the "General Partner") of Rhino Resource Partners LP, a limited partnership formed and existing under the laws of Delaware (the "Company"), and in accordance with the Fourth Amended and Restated Agreement of Limited Partnership of the Company, the undersigned General Partner of the Company does hereby waive notice of the time, place and purpose of a meeting and consent to the adoption of the following recitals and resolutions by this written consent (this "Consent"):

**WHEREAS,** the General Partner of the Company has (a) regularly and carefully reviewed the materials and other information presented by the management and the advisors of the Company regarding business conditions, the Company's operations, its current and projected financial position and other relevant information, (b) thoroughly evaluated the Company's strategic alternatives, including a possible restructuring, (c) conferred extensively with the Company's management and advisors regarding these matters, and (d) determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company and its stakeholders;

**NOW THEREFORE, BE IT:**

**RESOLVED,** that in the judgment of the General Partner of the Company it is desirable and in the best interests of the Company, its creditors, and other interested parties that the Company seek relief under chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED,** that the Company shall be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), in the United States Bankruptcy Court for the Southern District of Ohio or such other court as any director or officer, including the Chief Restructuring Officer, of the Company (each, an "Authorized Person") shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness or necessity thereof;

**FURTHER RESOLVED,** that each Authorized Person shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Authorized Person, in such person's discretion, deems necessary, desirable or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, declarations, affidavits, schedules,

statements, lists, motions, applications, notices and other papers or documents necessary, desirable or appropriate in connection with the foregoing in such form or forms as any such Authorized Person may approve; (c) execute, on behalf of each limited liability company, corporation, partnership, limited partnership or other entity for which the Company is a manager, managing member, member or other governing authority, any written consent or other written action approving, authorizing, ratifying or taking similar action with respect to all or any matters described in this Consent in a manner consistent with this Consent; and (d) take or cause to be taken any and all further actions as the Authorized Persons deem necessary, desirable or appropriate; and the actions of any Authorized Person taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of the Petition and all ancillary documents and all other petitions, declarations and affidavits, schedules, statements, lists, motions, applications, notices and other papers or documents, shall be conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

**FURTHER RESOLVED,** that each Authorized Person shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to retain: (a) Frost Brown Todd LLC; (b) Energy Ventures Analysis, Inc.; (c) Whiteford, Taylor & Preston LLP; (d) FTI Consulting, Inc.; (e) Cambio Group LLC and Thomas L. Fairfield; and (f) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, agents or brokers (together with the foregoing identified firms, the "Professionals"), in each case as in any such Authorized Person's judgment may be necessary, desirable or appropriate in connection with the Company's Chapter 11 Case and other related matters, on such terms, including appropriate retention agreements and retainers, as such Authorized Person or Authorized Persons shall approve and such Authorized Person's retention thereof to constitute conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

**FURTHER RESOLVED,** that the law firm of Frost Brown Todd LLC and any additional conflicts, special or local counsel, if any, selected by an Authorized Person shall be, and hereby are, authorized, empowered and directed to represent and assist the Company, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code, including assisting the Company in carrying out its duties under the Bankruptcy Code and taking any and all actions as may be necessary or desirable to advance the Company's rights thereunder, including filing any pleadings and taking any other actions as may be necessary or desirable;

**FURTHER RESOLVED,** that Thomas L. Fairfield of Cambio Group LLC shall be, and hereby is, authorized, empowered and directed to represent and assist the Company as its Chief Restructuring Officer and Cambio Group LLC shall be, and hereby is, authorized, empowered and directed to assist the Company, in each case, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED,** that the firm of Energy Ventures Analysis, Inc. shall be, and hereby is, authorized, empowered and directed to represent and assist the Company as its financial advisor in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

2

**FURTHER RESOLVED,** that the firm of FTI Consulting, Inc. shall be, and hereby is, authorized, empowered and directed to assist the Company in preparing schedules, reports and other matters, at the direction of the Chief Restructuring Officer, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED, t**hat each Authorized Person, employee and agent of the Company shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to continue to operate the Company and its business in the ordinary course of business;

**FURTHER RESOLVED,** that in the judgment of the General Partner of the Company it is desirable and in the best interests of the Company, its creditors, and other interested parties that the Company obtain a new debtor in possession financing facility or facilities to facilitate the conduct of the Company's business as part of the Chapter 11 Case;

**FURTHER RESOLVED,** that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) seek approval of a cash collateral and debtor in possession financing order in interim and final form (a "Financing Order") and, as permitted in accordance with the Financing Order, enter into and incur any obligations under a new debtor in possession financing facility or facilities, including use of cash collateral, and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with Colbeck Strategic Lending Master, L.P. and Cion Investment Corporation or such other lenders and on such terms as may be approved by any one or more of the Authorized Persons, as may be reasonably necessary, desirable or appropriate for the continuing conduct of the affairs of the Company; and (b) pay all fees and expenses with respect to, incur (or guarantee, as applicable) the debt and other obligations and liabilities contemplated by, and perform fully the Company's obligations under, the Financing Order and the Financing Transactions and grant security interests in and liens upon some, all or substantially all of the Company's assets, whether now owned or hereafter acquired, in each case as may be deemed necessary, desirable or appropriate by any one or more of the Authorized Persons in connection with the Financing Transactions; and the actions of any Authorized Person taken pursuant to this resolution shall be conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

**FURTHER RESOLVED,** that: (a) the Authorized Persons shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to seek approval of the Financing Order and negotiate, execute, acknowledge, deliver and verify such certificates, instruments, guaranties, credit agreements, pledge agreements, security agreements, promissory notes, letter of credit applications, mortgages, deeds of trust, intellectual property security agreements, account control agreements, other collateral documents or security instruments, instruments, notices and any and all other agreements or documents arising in connection with the Financing Order or the Financing Transactions as any such Authorized Person may deem necessary or appropriate to facilitate the Financing Order and the Financing Transactions, in each case including any amendments, amendment and restatements, renewals, replacements, consolidations, substitutions, extensions, supplements or other modifications to the foregoing (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties

3

and representations as may be deemed necessary, desirable or appropriate by any Authorized Person are approved; and (c) the actions of any Authorized Person taken pursuant to this resolution, including the negotiation, execution, acknowledgement, delivery and verification of all such Financing Documents, shall be conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

**FURTHER RESOLVED,** that in the judgment of the General Partner of the Company it is desirable and in the best interests of the Company, its creditors, and other interested parties that the Company sell all or substantially all of its assets as part of the Chapter 11 Case;

**FURTHER RESOLVED**, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to enter into an Asset Purchase Agreement with respect to the sale of substantially all of the Company's assets in substantially the form provided to the General Partner of the Company with such changes therein as may be approved by one or more of the Authorized Persons (the "Stalking Horse Bid"); and

**FURTHER RESOLVED,** that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) seek approval of a sale order (a "Sale Order") and, as permitted in accordance with the Sale Order, enter into and incur any obligations under one or more asset purchase agreements and any associated documents and consummate the transactions contemplated including, without limitation, the Stalking Horse Bid (collectively, the "Sale Transactions"), with such purchasers and on such terms as may be approved by any one or more of the Authorized Persons, as may be reasonably necessary, desirable or appropriate for the sale of the assets of the Company; and (b) pay all fees and expenses with respect to, incur the obligations and liabilities contemplated by, and perform fully the Company's obligations under, the Sale Order and the Sale Transactions, in each case as may be deemed necessary, desirable or appropriate by any one or more of the Authorized Persons in connection with the Sale Transactions; and the actions of any Authorized Person taken pursuant to this resolution shall be conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

**FURTHER RESOLVED,** that: (a) the Authorized Persons shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, as debtor and debtor in possession, to seek approval of the Sale Order and negotiate, execute, acknowledge, deliver and verify such asset purchase agreements, bills of sale, assignments of leases, assignments of contracts, permit operating agreements, certificates, instruments and any and all other agreements or documents arising in connection with the Sale Order or the Sale Transactions as any such Authorized Person may deem necessary or appropriate to facilitate the Sale Order and the Sale Transactions, in each case including any amendments, amendment and restatements, renewals, replacements, consolidations, substitutions, extensions, supplements or other modifications to the foregoing (collectively, the "Sale Documents"); (b) Sale Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary, desirable or appropriate by any Authorized Person are approved; and (c) the actions of any Authorized Person taken pursuant to this resolution, including the negotiation, execution, acknowledgement, delivery and verification of all such Sale Documents, shall be conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

**FURTHER RESOLVED,** that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each Authorized Person be, and hereby is, authorized with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further actions and to execute, deliver, certify, file and/or record, or cause to be executed, delivered, certified, filed and/or recorded, and to amend, supplement or otherwise modify from time to time, and to perform, any and all such agreements, documents, certificates, instruments, statements, notices, undertakings, amendments, declarations, affidavits, complaints, applications for approvals or ruling of governmental or regulatory authorities and other writings, and to incur and to pay or direct payment of all such fees and expenses, including filing fees, as in the judgment of such Authorized Person shall be necessary, appropriate or desirable to effectuate a successful restructuring of the Company's business, including without limitation any action necessary to maintain the ordinary course operation of the Company's business, and the other purposes and intent of any and all of the foregoing resolutions adopted herein; and the actions of any Authorized Person taken pursuant to this resolution shall be conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by, or at the direction of, an Authorized Person, or by any of the Professionals for the Company, in connection with the Chapter 11 Case, any proceedings related thereto, any of the matters contemplated by the foregoing resolutions or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**FURTHER RESOLVED,** that any and all lawful acts, actions and transactions by, or at the direction of, an Authorized Person, for and on behalf and in the name of the Company, relating to any of the matters contemplated by the foregoing resolutions, including in connection with the Financing Transactions or the Sale Transactions, before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted and consented to in all respects for all purposes; and

**FURTHER RESOLVED,** that each Authorized Person hereby is authorized and directed to certify and/or attest these resolutions to any person or entity as such Authorized Person may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification and/or attestation shall not be required for any document, instrument or agreement to be valid and binding on the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in any number of separate counterparts, each of which shall collectively and separately constitute one Consent and any facsimile or photocopy of the same shall constitute an original.

IN WITNESS WHEREOF, the undersigned has executed this Consent to be effective as of the date first set forth above.

RHINO GP LLC

By: _Richard A. Boone_

Name: Richard A. Boone
Title:  President and CEO